IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEREK R. HAMILTON,

    Plaintiff(s),

    -vs-                                            Civil No. 1:15-cv-00484-KBM-SCY

MARK ACUNA, and JEFF DAVIS d/b/a
THE DAVIS LAW FIRM,

    Defendant(s).

## JURY DEMAND

    Plaintiff hereby demands trial by a jury of six (6) persons. The sum of $150 is hereby tendered to the Court.

    Electronically Filed,

    By: /s/ Daymon B. Ely, Esq.
    Law Office of Daymon B. Ely
    1228 Central Ave., S.W.
    Albuquerque, N.M. 87102
    (505) 248-0370

    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing electronically through the electronic filing system and mailed a true and correct copy of the foregoing pleading to:

Daniel J. O'Brien, Esq.,
**O'BRIEN & PADILLA, P.C.**
6000 Indian School Rd. NE., Suite 200
Albuquerque, NM 87110

*Attorney for Defendants*

on this the 16th day June, 2015.

/S/Daymon B. Ely_____
Daymon B. Ely, Esq., Attorney for Plaintiff