IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

# AMENDED NOTICE OF CIVIL JURY TRIAL

**BY DIRECTION OF THE HON. KAREN B. MOLZEN, CHIEF MAGISTRATE JUDGE**, the following civil case(s) will come on for:

**JURY SELECTION AND TRIAL, on a TRAILING DOCKET, to begin on 08/01/2016 at 9:00 a.m.** at the United States Courthouse, 5th Floor Cimarron Courtroom, 333 Lomas Blvd. NW, Albuquerque, NM:

---

**CIV 15-0484 KBM/SCY**

**Hamilton v. Acuña**                                                                                    **(4 days)**

| | | |
|---|---|---|
| Atty. for Pltf: | **Damon Ely** | (505) 248-0261 |
| Atty. for Deft(s): | **Justin Goodman** | (505) 883-8181 |
| | **Daniel O'Brien** | (505) 883-8181 |
| | **Devon Moody** | (505) 883-8181 |

---

    Counsel and parties are to appear before Judge Molzen one-half hour prior to jury selection to address pretrial matters.  Unless otherwise directed, Counsel must be prepared to begin trial immediately following jury selection.  For pretrial deadlines and other information, please refer to the attached pages or to Judge Molzen's Chambers Page at **www.nmcourt.fed.us** on the Internet.

  Please direct inquiries regarding this setting or other civil calendaring information to Judge Molzen's Chambers at **505-348-2290.**

 

_____
MATTHEW J. DYKMAN, CLERK